--------------------------------------------------------------------------------

 

 COURT OF APPEALS
 EIGHTH DISTRICT OF TEXAS
 EL PASO, TEXAS

ROSSANA LACARBONARA,
 Appellant,
v.
THE STATE OF TEXAS,
 
 State.
 

 §
 
 §
 
 §
 
 §
 
 §

 § 
 §

 
 
 
 
 

 No. 08-13-00262-CR

 Appeal from the
 41st District Court 
 of El Paso County, Texas 
 (TC# 201202D04862)
 

 O R D E R

 The Court GRANTS the Appellant's motion for extension of time to file the brief until February 15, 2014. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.
 It is further ORDERED that the Hon. Leonard Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before February 15, 2014.
 IT IS SO ORDERED this 22[nd] day of January, 2014.
PER CURIAM
Before McClure, C.J., Rivera, and Rodriguez, JJ.